UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN IVY GOLDEN,<br><br>                      Plaintiff,<br>v.<br><br>ANDREW SAUL,<br><br>                      Defendant. | Case No.: 19cv2272-LL<br><br>**ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412 AND COSTS PURSUANT TO 28 U.S.C. § 1920**<br><br>**[ECF No. 25]** |

    Based upon the Parties' Joint Motion for fees and costs under the Equal Access to Justice Act: **IT IS ORDERED** that fees and expenses in the amount of $8,193.49 as authorized by 28 U.S.C. § 2412 and costs in the amount of $0 as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Joint Motion.

Dated: August 3, 2020

_____
Honorable Linda Lopez
United States Magistrate Judge